| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ronnie F Hawkins** | Social Security number or ITIN  xxx–xx–0251 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lauri A Hawkins** | Social Security number or ITIN  xxx–xx–5580 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Utah** | | |
| Case number: **19–20001  RKM** | Chapter 13 | Petition date: 1/1/19 |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronnie F Hawkins                                        Lauri A Hawkins

<u>4/19/22</u>                                **By the court:**        R. Kimball Mosier
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re:     Case No. 19-20001-RKM
Ronnie F Hawkins     Chapter 13
Lauri A Hawkins
     Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 4
Date Rcvd: Apr 19, 2022     Form ID: 3180W     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronnie F Hawkins, Lauri A Hawkins, 1040 North Valley View Dr, Tremonton, UT 84337-9315 |
| cr | + | Cenlar FSB, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| 11190410 | + | Ally Financial, c/o CT CORPORATION SYSTEM, 1108 E SOUTH UNION AVE, Midvale, UT 84047-2904 |
| 11190412 | + | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 11234901 | + | Cenlar FSB, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 11242240 | + | CitiMortgage, Inc., CO Cenlar FSB, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 11201349 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 11190424 | + | Elastic Bank, P.O. Box 950276, Louisville, KY 40295-0276 |
| 11216361 | + | NCB Management Services, Inc., Republic Bank & Trust Co., One Allied Drive, Trevose, PA 19053-6945 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11201087 | | EDI: GMACFS.COM | Apr 20 2022 02:58:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 11879749 | + | EDI: AISACG.COM | Apr 20 2022 02:58:00 | Ally Bank Department, AIS Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 11190409 | + | EDI: GMACFS.COM | Apr 20 2022 02:58:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 11190411 | + | Email/Text: e-bankruptcy@americafirst.com | Apr 19 2022 23:02:00 | America First Credit U, Po Box 9199, Ogden, UT 84409-0199 |
| 11190414 | | EDI: CAPITALONE.COM | Apr 20 2022 02:58:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 11248404 | + | EDI: CRFRSTNA.COM | Apr 20 2022 02:58:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 11190413 | + | EDI: CAPITALONE.COM | Apr 20 2022 02:58:00 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 11216956 | | EDI: CAPITALONE.COM | Apr 20 2022 02:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 11240744 | + | EDI: CITICORP.COM | Apr 20 2022 02:58:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 11190418 | + | EDI: CITICORP.COM | Apr 20 2022 02:58:00 | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |

Case 19-20001   Doc 56   Filed 04/21/22   Entered 04/21/22 22:17:17   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 1088-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: 3180W | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| 11190419 | + EDI: WFNNB.COM | Apr 20 2022 02:58:00 | Comenity Bank/gordmans, Po Box 182789, Columbus, OH 43218-2789 |
| 11190420 | + EDI: WFNNB.COM | Apr 20 2022 02:58:00 | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 11190421 | + EDI: CRFRSTNA.COM | Apr 20 2022 02:58:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 11190422 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2022 23:00:11 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 11190446 | Email/PDF: DellBKNotifications@resurgent.com | Apr 19 2022 23:00:06 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 11190423 | + EDI: CITICORP.COM | Apr 20 2022 02:58:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 11190429 | + EDI: CITICORP.COM | Apr 20 2022 02:58:00 | Mcydsnb, Po Box 8218, Mason, OH 45040 |
| 11190415 | Email/Text: BNSFN@capitalsvcs.com | Apr 19 2022 23:02:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 11190425 | EDI: IRS.COM | Apr 20 2022 02:58:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 11190417 | EDI: JPMORGANCHASE | Apr 20 2022 02:58:00 | Chase Bank, PO BOX 94017, Palatine, IL 60094 |
| 11190426 | EDI: TSYS2 | Apr 20 2022 02:58:00 | Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 11232752 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 23:00:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11190427 | + Email/Text: bk@lendingclub.com | Apr 19 2022 23:02:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 11190430 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2022 23:02:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 11190431 | + Email/Text: netcreditbnc@enova.com | Apr 19 2022 23:02:02 | Nc Financial, 200 W Jackson Blvd Ste 2, Chicago, IL 60606-6910 |
| 11241802 | + Email/Text: netcreditbnc@enova.com | Apr 19 2022 23:02:02 | NetCredit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 11229647 | EDI: PRA.COM | Apr 20 2022 02:58:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 11234262 | EDI: Q3G.COM | Apr 20 2022 02:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 11220399 | EDI: Q3G.COM | Apr 20 2022 02:58:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 11209095 | Email/Text: rcwilley.bankruptcy@rcwilley.com | Apr 19 2022 23:02:00 | R. C. Willey Financial Services, P.O.Box 65320, Salt Lake City, Utah 84165-0320 |
| 11190434 | Email/Text: rcwilley.bankruptcy@rcwilley.com | Apr 19 2022 23:02:00 | RC Willey Reg Agent, Curtis Child, 2301 S 300 W, Salt Lake City, UT 84115 |
| 11190433 | Email/Text: rcwilley.bankruptcy@rcwilley.com | Apr 19 2022 23:02:00 | Rc Willey Home Furn, 2301 S 300 W, Salt Lake City, UT 84115 |
| 11190435 | + Email/Text: bankruptcy@sunrisecreditservices.com | Apr 19 2022 23:02:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-4021 |
| 11190436 | + EDI: RMSC.COM | Apr 20 2022 02:58:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 11190437 | + EDI: RMSC.COM | Apr 20 2022 02:58:00 | Syncb/chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 11190438 | + EDI: RMSC.COM | Apr 20 2022 02:58:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 11190439 | + EDI: RMSC.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 20 2022 02:58:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 11190440 | + | EDI: RMSC.COM | Apr 20 2022 02:58:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 11190441 | + | EDI: RMSC.COM | Apr 20 2022 02:58:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 11190661 | + | EDI: RMSC.COM | Apr 20 2022 02:58:00 | Synchrony Bank, Care of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 11190442 | + | EDI: PHINGENESIS | Apr 20 2022 02:58:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 11190443 | + | EDI: CITICORP.COM | Apr 20 2022 02:58:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 11190444 | | Email/Text: bankruptcydepartment@tsico.com | Apr 19 2022 23:02:00 | Transworld Systems Inc, PO Box 15618, Dept 940, Wilmington, DE 19850-5618 |
| 11190445 | | EDI: UTAHTAXCOMM.COM | Apr 20 2022 02:58:00 | Utah State Tax Commission, Attn: Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-3340 |
| 11190447 | + | EDI: WFFC.COM | Apr 20 2022 02:58:00 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 11208420 | + | EDI: WFFC.COM | Apr 20 2022 02:58:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix AZ 85038-9482 |
| 11222017 | | EDI: WFFC.COM | Apr 20 2022 02:58:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11190407 | | Allied Interstate, 435 Ford Road, RETURNED MAIL--99999 |
| 11190416 | | Celtic Bank/contfinco, 4450 New Linden Hill Rd, RETURNED MAIL--99999 |
| 11190428 | | Lendup/tab Bank, 225 Bush St, RETURNED MAIL--99999 |
| cr | * | Utah State Tax Commission, Attn Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 11550126 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 11190408 | ##+ | AlliedInterstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 11190432 | ##+ | Phillips and Cohen Associates Ltd, 695 Rancocas Road, Mount Holly, NJ 08060-5626 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022         Signature:        /s/Gustava Winters

District/off: 1088-2 User: admin Page 4 of 4
Date Rcvd: Apr 19, 2022 Form ID: 3180W Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Armand J. Howell | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper armand@hwmlawfirm.com armand@ecf.courtdrive.com;meghan@ecf.courtdrive.com |
| E. Kent Winward | on behalf of Joint Debtor Lauri A Hawkins utahbankruptcyfirm@gmail.com winlawecf@gmail.com;bcsummarymails@gmail.com;r39103@notify.bestcase.com;3920@notices.nextchapterbk.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;casedriverecfg@gmail.com |
| E. Kent Winward | on behalf of Debtor Ronnie F Hawkins utahbankruptcyfirm@gmail.com winlawecf@gmail.com;bcsummarymails@gmail.com;r39103@notify.bestcase.com;3920@notices.nextchapterbk.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;casedriverecfg@gmail.com |
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| Nathan R. Firouzi | on behalf of Creditor Utah State Tax Commission nfirouzi@fabianvancott.com |
| Tyler S. Wirick | on behalf of Creditor Cenlar FSB ecfutb@aldridgepite.com TWirick@ecf.courtdrive.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 7